No. 23-2266

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Louie Sanft,**
*Appellant*,

v.

**United States of America,**
*Appellee.*

*On Appeal from the United States District Court for the Western District of Washington, No. 2:19-cr-00258 Honorable Richard A. Jones*

## EXCERPTS OF RECORD
### Index Volume

| | |
|---|---|
| Angelo J. Calfo | Donald B. Verrilli, Jr. |
| Henry C. Phillips | Elaine J. Goldenberg |
| MORGAN LEWIS & BOCKIUS LLP | Kathleen Foley |
| 1201 Second Ave, Suite 2800 | MUNGER, TOLLES & OLSON LLP |
| Seattle, Washington 98101 | 601 Massachusetts Avenue NW |
| (206) 274-6400 | Suite 500E |
| angelo.calfo@morganlewis.com | Washington, DC 20001 |
| | Telephone: (202) 220-1100 |
| | Donald.Verrilli@mto.com |

*Counsel for Appellant*

| Volume I of XIII | | | |
|---|---|---|---|
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Judgment | 09/08/2023 | 382 | ER-0002 |
| Redacted Version of Order Denying Defendants' Motions for a New Trial, or Dismissal of the Indictment – Sealed version (Dkt. 360) located in Sealed Volume at ER-xx | 08/23/2023 | 362 | ER-0009 |
| Order Denying Motion for Acquittal on Count 35 | 06/22/2022 | 301 | ER-0043 |
| Excerpt, Transcript: Trial Day 13 – Oral Ruling on Jury Instructions (Dec. 20, 2021) | 02/28/2022 | 259 | ER-0048 |
| Jury Instructions | 12/21/2021 | 215 | ER-0050 |
| Transcript: Charge Instructions (Dec. 17, 2021) | 12/17/2021 | 214 | ER-0096 |
| Defendants' Joint Proposed Jury Instructions on Negligent CWA Violations | 11/19/2021 | 123 | ER-0155 |
| Volume II of XIII | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Declaration of Seth Wilkinson in Support of Government's Response to Defendants' Motions for a New Trial, or Dismissal of the Indictment | 09/22/2022 | 333 | ER-0193 |
| Exhibit 3 to Declaration of Seth Wilkinson in Support of Government's Response to Defendants' Motions for a New Trial, or Dismissal of the Indictment – Danielle Richardson emails | 09/22/2022 | 333-3 | ER-0205 |

| | | | |
|---|---|---|---|
| Exhibit 6 to Declaration of Teal Miller in Support of Government's Response to Defendants' Motions for a New Trial, or Dismissal of the Indictment – EPA Investigative Activity Report | 09/22/2022 | 332-6 | ER-0207 |
| Exhibit 1 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – EPA Investigative Activity Report | 07/08/2022 | 320-1 | ER-0211 |
| Exhibit 2 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – EPA Investigative Activity Report | 07/08/2022 | 320-02 | ER-0221 |
| Exhibit 12 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – May 2022 Letter from USAO to Defense | 07/08/2022 | 320-12 | ER-0233 |
| Exhibit 14 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – July 2020 Email from Defense to USAO | 07/08/2022 | 320-14 | ER-0242 |
| Exhibit 18 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – March/April 2022 Emails between USAO and Defense | 07/08/2022 | 320-18 | ER-0244 |

| | | | |
|---|---|---|---|
| Exhibit 19 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – EPA Investigative Activity Report | 07/08/2022 | 320-19 | ER-0254 |
| Exhibit 20 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – April 2022 Letter from USAO to Defense | 07/08/2022 | 320-20 | ER-0257 |
| Exhibit 23 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – February 2022 Memo from EPA to Immigration and Customs Enforcement | 07/08/2022 | 320-23 | ER-0260 |
| Exhibit 25 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – April 2022 Email from USAO to Danielle Richardson | 07/08/2022 | 320-25 | ER-0263 |
| Exhibit 26 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – April 2022 Email Chain between USAO and Danielle Richardson | 07/08/2022 | 320-26 | ER-0265 |

| | | | |
|---|---|---|---|
| Declaration of Francisco Barahona in Support of Defendants' Joint Motion to Dismiss or for a New Trial and an Evidentiary Hearing | 07/08/2022 | 318 | ER-0269 |
| Declaration of Luis Martinez in Support of Defendants' Joint Motion to Dismiss or for a New Trial and an Evidentiary Hearing | 07/08/2022 | 317 | ER-0271 |
| Declaration of Rachel Hansen in Support of Defendants' Joint Motion to Dismiss or for a New Trial and an Evidentiary Hearing | 07/08/2022 | 316 | ER-0273 |
| Declaration of Ryan Bradley in Support of Defendants' Joint Motion to Dismiss or for a New Trial and an Evidentiary Hearing | 07/08/2022 | 313 | ER-0276 |
| Declaration of Marlen Torres in Support of Defendants' Joint Motion to Dismiss or for a New Trial and an Evidentiary Hearing | 07/08/2022 | 312 | ER-0279 |
| Order Denying Defendants' Joint Motion to Renote Motions for a New Trial Due to Supplemental Discovery | 05/12/2022 | 295 | ER-0282 |
| Government Response to Rule 33 Motion for a New Trial | 03/16/2022 | 272 | ER-0286 |
| Government Response to Rule 29 Motion for Acquittal on Count 35, or, in the Alternative, for a New Trial on Count 35 | 03/16/2022 | 271 | ER-0302 |

iv

| Document | File Date | Docket Number | Page Number |
|---|---|---|---|
| Exhibit A to Declaration of Henry C. Phillips in Support of Motion for Acquittal – Transcript Excerpt: March 8, 2019 Interview of Louie Sanft | 03/02/2022 | 266-1 | ER-0315 |
| Defendant Louie Sanft's Rule 29 Motion for Acquittal on Count 35, or, in the Alternative, for a New Trial on Count 35 | 03/02/2022 | 265 | ER-0331 |
| Defendant Louie Sanft's Rule 33 Motion for a New Trial | 03/02/2022 | 263 | ER-0344 |
| Verdict Form | 12/22/2021 | 218 | ER-0400 |
| Reply to Government Response to Notice of Joinder | 06/21/2021 | 56 | ER-0406 |
| **Volume III of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: March 8, 2019 Interview of Louie Sanft | 06/08/2021 | 51-2 | ER-0410 |
| Indictment | 12/17/2019 | 1 | ER-0561 |
| Notice of Appeal | 09/14/2023 | 386 | ER-0574 |
| Docket Report | | | ER-0575 |
| **Volume IV of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 2 (Dec. 1, 2021) | 02/28/2022 | 247 | ER-0618 |
| Transcript: Trial Day 3 (Dec. 2, 2021) | 02/28/2022 | 248 | ER-0802 |
| **Volume V of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 3 (Dec. 2, 2021) continued | 02/28/2022 | 248 | ER-0894 |
| Transcript: Trial Day 4 (Dec. 6, 2021) | 02/28/2022 | 249 | ER-0987 |

| Volume VI of XIII | | | |
|---|---|---|---|
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 4 (Dec. 6, 2021) continued | 02/28/2022 | 249 | ER-1170 |
| Transcript: Trial Day 5 (Dec. 7, 2021) | 02/28/2022 | 250 | ER-1184 |
| Transcript: Trial Day 6 (Dec. 8, 2021) | 02/28/2022 | 251 | ER-1339 |
| **Volume VII of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 6 (Dec. 8, 2021) continued | 02/28/2022 | 251 | ER-1446 |
| Transcript: Trial Day 7 (Dec. 9, 2021) | 02/28/2022 | 252 | ER-1517 |
| Transcript: Trial Day 8 (Dec. 13, 2021) | 02/28/2022 | 254 | ER-1703 |
| **Volume VIII of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 8 (Dec. 13, 2021) continued | 02/28/2022 | 254 | ER-1722 |
| Transcript: Trial Day 9 (Dec. 14, 2021) | 02/28/2022 | 255 | ER-1864 |
| **Volume IX of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 9 (Dec. 14, 2021) continued | 02/28/2022 | 255 | ER-1998 |
| Transcript: Trial Day 10 (Dec. 15, 2021) | 02/28/2022 | 256 | ER-2060 |
| **Volume X of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 10 (Dec. 15, 2021) continued | 02/28/2022 | 256 | ER-2274 |

| Document | File Date | Docket Number | Page Number |
|---|---|---|---|
| Transcript: Trial Day 11 (Dec. 16, 2021) | 02/28/2022 | 257 | ER-2293 |
| Transcript: Trial Day 12 (Dec. 17, 2021) | 02/28/2022 | 258 | ER-2496 |
| **Volume XI of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 13 (Dec. 20, 2021) | 02/28/2022 | 259 | ER-2556 |
| Transcript: Trial Day 14 (Dec. 21, 2021) | 02/28/2022 | 260 | ER-2789 |
| **Volume XII of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Transcript: Trial Day 14 (Dec. 21, 2021) continued | 02/28/2022 | 260 | ER-2826 |
| Transcript: Trial Day 15 (Dec. 22, 2021) | 02/28/2022 | 261 | ER-2964 |
| Trial Exhibit 210: Nov. 27, 2012 Notice of Violation of Permit No. 7113-03, Sections S8.B.2 and S9.B | | | ER-3057 |
| Trial Exhibit 211: Dec. 3, 2012 Ltr. From Seattle Barrel Co. to King County Industrial Wastewater re: Notice of Violation letter dated 11/27/12 | | | ER-3061 |
| Trial Exhibit 213: Jan. 28, 2013 Assessment of Penalty and Compliance Order | | | ER-3063 |
| Trial Exhibit 231: Mar. 10, 2014 Assessment of Penalty and Compliance Order | | | ER-3068 |
| Trial Exhibit 604: Chart of pH Test Trends (2012-2014) at Seattle Barrel South Seattle Facility – Boiler Room – Boiler | | | ER-3076 |

| Document | File Date | Docket Number | Page Number |
|---|---|---|---|
| Trial Exhibit 1101: Table – Summary of Seattle Barrel Company Reported Revenues & Net Income From 2012 - 2018 (Per Federal Tax Returns) vs. Estimated Tank Water Disposal Costs | | | ER-3077 |
| Trial Exhibit 1102: Table – Summary of Monthly & Annual Value of Dennis Leiva 7-Hour/Saturday Overtime Pay for 2015 - 2018 | | | ER-3078 |
| Trial Exhibit 1103: Chart – Summary Comparison of Seattle Barrel Co.'s Reported Net Income and Cash On Hand (Per Federal Tax Returns), Value of Dennis Leiva 7-Hour/Saturday Overtime Pay, and Estimated Tank Water Disposal Costs from 2012 - 2018 | | | ER-3079 |
| Trial Exhibit 1149: April 04, 2017 Ltr. From Seattle Barrel Co. to King County Wastewater Treatment Division re: Supplemental Environmental Project (SEP) Completion Report | | | ER-3080 |
| **Sealed Volume XIII of XIII** | | | |
| **Document** | **File Date** | **Docket Number** | **Page Number** |
| Order Denying Defendants' Motions for a New Trial, or Dismissal of the Indictment – Redacted version (Dkt. 362) located at 1-ER-xx | 08/23/2023 | 360 | ER-3089 |

viii

| | | | |
|---|---|---|---|
| Government's Response to Defendants' Motions for a New Trial, or Dismissal of the Indictment | 09/02/2022 | 329 | ER-3123 |
| Exhibit 22 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – Leiva's T-visa Application | 07/08/2022 | 319 | ER-3202 |
| Exhibit 21 to Declaration of Angelo J. Calfo in support of Defendants' Motions for a New Trial, or Dismissal of the Indictment – Leiva's Withdrawal of Request for "Reasonable Fear" Determination by Immigration Authorities | 07/08/2022 | 310 | ER-3264 |
| Defendants' Joint Motion to Dismiss or for a New Trial and an Evidentiary Hearing | 07/08/2022 | 307 | ER-3269 |
| Response to Motion to Renote by United States | 04/29/2022 | 285 | ER-3314 |
| Declaration of Danielle Richardson | 04/29/2022 | 285-1 | ER-3316 |

ix